**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERICA SAVOY,**

    *Plaintiff,*

**v.**                                        8:25-cv-00477-VMC-AAS

**CLARITY SERVICES, INC.,**

    *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on May 17, 2025.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392